**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03182-REB-BNB

CHERYL PETERSEN,

    Plaintiff,

v.

CORRECTIONAL HEALTHCARE COMPANIES, a Delaware Foreign Corporation, and LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANT CORRECTIONAL HEALTHCARE COMPANIES, ONLY**

**Blackburn, J.**

The matter is before the court on **Plaintiff's Unopposed Motion To Dismiss Without Prejudice Defendant Correctional Healthcare Companies, Only** [#10][1] filed January 12, 2015. After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Unopposed Motion To Dismiss Without Prejudice Defendant Correctional Healthcare Companies, Only** [#10] filed January 12, 2015, is **GRANTED**; and

2. That the claims of the plaintiff against defendant, Correctional Healthcare

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Companies, are **DISMISSED WITHOUT PREJUDICE**; and

    3.  That defendant, Correctional Healthcare Companies, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

    Dated January 22, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge